UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

LUCIUS RYANS II,

     Plaintiff,

 -vs-

ASTRA BUSINESS SERVICES
PRIVATE LIMITED, *et al.*,

     Defendants.

Case No. 17-CV-10279
Hon. Paul D. Borman
Magistrate Judge: David R. Grand

## **JOINT NOTICE OF SETTLEMENT**

Plaintiff and Defendants (1) Halsted Financial Services, LLC, (2) Syed Ali, (3) Adelle Calahan, and (4) Pran Navanandan, by and through their respective counsel, hereby inform the Court that a settlement has been reached in the above matter.

The parties are finalizing the terms of the settlement and anticipate that they will be in a position to file a Stipulation of Dismissal *without* Prejudice, without costs, fees or sanctions to any party, no later than July 1, 2018.

Further, the Parties will be in a position to file a Stipulation of Dismissal *with*

Prejudice, without costs, fees, or sanctions to any party, upon completion of settlement obligations, no later than October 15, 2018.

Dated:        May 29, 2018

| s/ Sylvia S. Bolos (with consent) | s/ Katrina D. DeMarte |
|---|---|
| Sylvia S. Bolos (P78715) | Katrina D. DeMarte (MI Bar No. P81476; CO Bar No. 43135) |
| Lyngklip & Associates | |
| Consumer Law Center, PLC | Brock & Scott, PLLC |
| Attorneys for Lucius Ryans II | Attorneys for Halsted Financial Services, LLC, Syed Ali, Adelle Calahan, and Pran Navanandan |
| 24500 Northwestern Hwy, Ste 206 | |
| Southfield MI 48075 | |
| P: 248-208-8864 | 2723 S. State St., Ste. 150 |
| SylviaB@MichiganConsumerLaw.com | Ann Arbor, MI 48104 |
| | P: 734-222-5179 |
| | Katrina.demarte@brockandscott.com |