UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCIUS RYANS II,

        Plaintiff,

                                          Case No. 17-cv-10279
v.                                         Honorable Paul D. Borman

ASTRA BUSINESS SERVICES
PRIVATE LIMITED, et al.,

        Defendants.
_____/

## ORDER OF DISMISSAL

On September 6, 2018, the plaintiff filed a Notice of Voluntary Dismissal without prejudice of the remaining defendants in this case (ECF No. 50). Accordingly, it is **ORDERED** that the above matter is **DISMISSED** without prejudice as to the remaining defendants

                                                    s/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: September 13, 2018